No. 77–5516.  BEACHEM v. UNITED STATES ET AL., ▓▓▓▓ ▓▓ Motion for leave to file petition for rehearing denied.

MARCH 17, 1978

No. 77–1033.  BRISCOE, GOVERNOR OF TEXAS, ET AL. v. ESCALANTE ET AL., *ante,* p. 901.  Petition for rehearing denied. Motion of appellees for issuance of judgment forthwith, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted.

MARCH 20, 1978

No. 77–1110.  CHESAPEAKE & OHIO RAILWAY Co. v. ILLINOIS CENTRAL GULF RAILROAD Co.  C. A. 7th Cir.  Certiorari dismissed under this Court's Rule 60. ▓▓▓▓▓▓▓▓▓▓

No. 77–794.  SILVERTON v. CALIFORNIA.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 77–987.  FORGE ET AL. v. MINNESOTA.  Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. ▓▓▓▓▓▓▓▓

No. 77–1050.  DEKAM ET AL. v. CITY OF SOUTHFIELD ET AL. Appeal from Ct. App. Mich. dismissed for want of substantial federal question. ▓▓▓▓▓▓▓▓

No. 77–1130.  POTTS v. KENTUCKY.  Appeal from Ct. App. Ky. dismissed for want of substantial federal question. ▓▓